HERRICK, FEINSTEIN LLP
*Attorneys for the Debtor and Debtor in Possession*
Joshua J. Angel
Frederick E. Schmidt, Jr.
Justin B. Singer
2 Park Avenue
New York, New York 10016
(212) 592-1400
(212) 592-1500 (fax)
jangel@herrick.com
eschmidt@herrick.com
jsinger@herrick.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                                        Chapter 11

THE GLAZIER GROUP, INC.,                                  Case No. 10-16099(ALG)

        Debtor.
------------------------------------------------------------x

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that the hearing (the "Hearing") to consider confirmation of the Modified First Amended Plan of Reorganization of The Glazier Group, Inc. Under Chapter 11 of the United States Bankruptcy Code (*Docket No. 176*), which was scheduled for October 31, 2011 at 10:00 a.m. (prevailing Eastern Time), has been consensually adjourned and shall be heard before the Honorable Allan L. Gropper, United States Bankruptcy Judge, One Bowling Green, Room 617, New York, New York 10004, on **November 7, 2011 at 10:30 a.m.**

Dated: New York, New York
October 25, 2011

                  HERRICK, FEINSTEIN LLP

                By: /s/ Justin B. Singer
                      Joshua J. Angel
                      Frederick E. Schmidt, Jr.
                      Justin B. Singer
                      jangel@herrick.com
                      eschmidt@herrick.com
                      jsinger@herrick.com
2 Park Avenue
New York, NY 10016
(212) 592-1400

*Attorneys for The Glazier Group, Inc.*